## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Lorraine E. Meskanick    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-22176 GLT

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company and index same on the master mailing list.

Respectfully submitted,

*/s/ Brian Nicholas*

Brian Nicholas
31 Jul 2020, 15:41:19, EDT

Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com