**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | Case No. 20-22176 |
|     **Lorraine E. Meskanick,** | ) | |
| | ) | Chapter 13 |
| | ) | |
|     **Debtor.** | ) | |
| | ) | |

## AFFIDAVIT OF INCOME

I declare under penalty of perjury that I am currently receiving social security income totaling approximately $1,683.00 per month and pension of $150.00 per month.

Dated: August 5, 2020              */s/Lorraine E. Meskanick*
                                                        Lorraine E. Meskanick

Penalty for making false statement or concealing property is a Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Section 152 and 3571.