IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :
                                                                :          BKCY NO. 20-22176-GLT
Lorraine E. Meskanick                                           :
                                                                :          Chapter 13
            Debtor.                                             :
                                                                :

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, City

of Duquesne is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy

Rules, the undersigned requests that all notices and papers specified by the Rule, and all

other notices given or required to be given in this case and all other papers served or

required to be served in this case, be given to and served upon:

Jennifer L. Cerce, Esquire
Lawrence J. Maiello, Esquire
Maiello, Brungo & Maiello, LLP – Tax Division
100 Purity Road, Ste. 3
Pittsburgh, PA 15235
Telephone: (412) 242-4400
Facsimile: (412) 727-1667

The foregoing request includes without limitation, notices of any orders, pleadings,

motions, applications, complaints, demands, hearings, requests or petitions, disclosure

statements, answering of reply papers, memoranda and briefs in support of any of the

foregoing and any other document brought before this Court with respect to these

proceedings, whether formal or informal,  whether written or oral, and whether transmitted

or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or

seeks to affect in any way any rights or interest of any creditor or party in interest in the

case with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof,

in which the debtor may claim an interest, or (c) property or proceeds thereof in the

209370,18003.1

possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

PLEASE TAKE FURTHER NOTICE that the City of Duquesne intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

MAIELLO, BRUNGO & MAIELLO, LLP

Dated: August 25, 2020

/s/ Jennifer L. Cerce
Jennifer L. Cerce, Esquire
Pa. I.D. No. 81157
424 S. 27th Street, Ste. 210
Pittsburgh, PA 15203
(412) 242-4400
Attorneys for City of Duquesne

209370,18003.1

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :            BKCY NO. 20-22176-GLT
Lorraine E. Meskanick                               :
                                                    :            Chapter 13
                Debtor.                             :

## DECLARATION IN LIEU OF AFFIDAVIT

I certify that this request supersedes any prior request for Notice by this creditor,

that there is no other requests to receive Notices for the specified creditor, and that I am

authorized to make this request for Notices on behalf of the named creditor.


MAIELLO, BRUNGO & MAIELLO, LLP


Dated: August 25, 2020                      /s/ Jennifer L. Cerce
                                            Jennifer L. Cerce, Esquire
                                            Pa. I.D. No. 81157
                                            424 S. 27th Street, Ste. 210
                                            Pittsburgh, PA 15203
                                            (412) 242-4400
                                            Attorneys for City of Duquesne


209370,18003.1

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :
                                              :          BKCY NO. 20-22176-GLT
Lorraine E. Meskanick                         :
                                              :          Chapter 13
          Debtor.                             :

**CERTIFICATE OF MAILING OF NOTICE OR OTHER
DOCUMENT TO PARTIES IN INTEREST**

Lorraine E. Meskanick
144 Overland Ave
Duquesne, PA 15110

Dennis J. Spyra, Esquire
119 First Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

MAIELLO, BRUNGO & MAIELLO, LLP

Dated: August 25, 2020                  /s/ Jennifer L. Cerce
                                        Jennifer L. Cerce, Esquire
                                        Pa. I.D. No. 81157
                                        424 S. 27th Street, Ste. 210
                                        Pittsburgh, PA 15203
                                        (412) 242-4400
                                        Attorneys for City of Duquesne

209370,18003.1