IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| LORRAINE E. MESKANICK | ) Bankruptcy Case No. 20-22176-GLT |
|     Debtor | ) |
| PEOPLES NATURAL GAS COMPANY, LLC | ) Related to Docket Nos. 32, 35 |
|     Movant, | ) Chapter 13 |
| vs. | ) |
| LORRAINE E. MESKANICK, and RONDA J. WINNECOUR, ESQUIRE, Trustee | ) Hearing Date: 3/24/21 |
| | ) Hearing Time: 10:30 AM |
|     Respondents. | ) |

## CONSENT ORDER OF COURT

AND NOW, to wit this __17th__ day of _____March_____, 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

    1.    The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

    2.    A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has subsequently brought the account current.

    3.    The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

    4.    The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

Dated: 3/17/21
cm: debtor

BY THE COURT:

GREGORY L. TADDONIO  J.
UNITED STATES BANKRUPTCY COURT

Consented to by:

| | |
|---|---|
| /s/ Dennis J. Spyra | /s/S . James Wallace |
| Dennis J. Spyra, Esquire | S. James Wallace, Esquire |
| Attorney for Debtors | Atty for Peoples Natural Gas Company, LLC |
| Pa. I.D. No. 46188 | Pa. I.D. No. 28815 |
| 1711 Lincoln Way | GRB Law |
| White Oak, PA 15131 | Frick Building, 437 Grant Street, 14th Floor |
| 412-673-5228 | Pittsburgh, PA 15219 |
| attorneyspyra@dennisspyra.com | 412-281-0587 |
| | jwallace@grblaw.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22176-GLT
Lorraine E. Meskanick  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2
Date Rcvd: Mar 17, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lorraine E. Meskanick, 144 Overland Ave, Duquesne, PA 15110-1542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bnicholas@kmllawgroup.com

Dennis J. Spyra
    on behalf of Debtor Lorraine E. Meskanick attorneyspyra@dennisspyra.com
    deborah@dennisspyra.com;missdebrastone@msn.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor City of Duquesne jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Mar 17, 2021 Form ID: pdf900 Total Noticed: 1

          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8