**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LORRAINE E. MESKANICK <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>　　　Movant <br>　　vs. <br> No Respondents. | Case No.:20-22176 GLT <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 07/23/2020 and confirmed on 08/31/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,800.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,800.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,240.77 | |
| 　Trustee Fee | 260.32 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,501.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　NATIONSTAR MORTGAGE LLC D/B/A CHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6137 | | | | |
| 　CITY OF DUQUESNE (RE) | 942.52 | 0.00 | 0.00 | 0.00 |
| 　　Acct: K010 | | | | |
| 　CITY OF DUQUESNE (RE) | 399.96 | 0.00 | 0.00 | 0.00 |
| 　　Acct: L108 | | | | |
| 　CITY OF DUQUESNE (RE) | 559.85 | 0.00 | 0.00 | 0.00 |
| 　　Acct: L108 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 9.87 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 4K10 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 1.36 | 0.00 | 0.00 | 0.00 |
| 　　Acct: L108 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 0.20 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 4K10 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 0.03 | 0.00 | 0.00 | 0.00 |
| 　　Acct: L108 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPITA | 0.00 | 2,298.91 | 0.00 | 2,298.91 |
| 　　Acct: 6104 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT/ Acct: 6104 | 3,396.48 | 0.00 | 0.00 | 0.00 |
| | | | | 2,298.91 |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LORRAINE E. MESKANICK  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DENNIS J SPYRA & ASSOCIATES  Acct: | 4,000.00 | 1,240.77 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY PODIATRY FOOT & ANKLE C/ Acct: 4444 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC - AGI Acct: 7557 | 3,233.04 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP  Acct: 6262 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK NA(*)  Acct: 4392 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*  Acct: 1692 | 331.01 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC  Acct: 7173 | 2,770.19 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE  Acct: 2394 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN \ Acct: 0176 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 5840 | 2,226.12 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 4910 | 0.00 | 0.00 | 0.00 | 0.00 |
| TIME LIFE*  Acct: 5509 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES  Acct: 7698 | 130.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC  Acct: 2262 | 1,102.26 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES  Acct: 7698 | 376.40 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC  Acct: 0452 | 1,602.53 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 4910 | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN INI Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| S JAMES WALLACE ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MAIELLO BRUNGO & MAEILLO LLP  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 2,298.91 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED         5,310.27
UNSECURED      11.771.55

Date: 12/16/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com